IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM PARELLA, ) | |
| ) | |
| Plaintiff, ) | 2:08-cv-01641 |
| ) | |
| v. ) | ORDER |
| ) | |
| RICHARD HUTLER, and DOES 1-10, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |

On August 6, 2008, Defendant filed a motion, presently scheduled for hearing on September 22, 2008, in which he challenges Plaintiff's assertion that federal question is an appropriate basis for jurisdiction. Further briefing shall be filed on this issue and Plaintiff shall include in his brief the legal authority supporting his federal privacy claim and facts underlining that claim. The briefs shall be filed on or before September 17, 2008, by 4:00 p.m. This issue shall be discussed at the scheduled September 22, 2008 hearing.

Dated: September 11, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1