UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
ADAM PARELLA,                  )
                               )
          Plaintiff,           )    2:08-cv-01641 GEB KJM
                               )
     v.                        )    ORDER
                               )
RICHARD HUTLER, and DOES 1-10, )
inclusive,                     )
                               )
          Defendants.          )
                               )
_____)
```

On August 8, 2008, Defendant filed a motion in which he seeks to dismiss Plaintiff's Complaint, arguing in part that Plaintiff fails to allege a basis for federal subject matter jurisdiction. The Court issued an Order on September 11, 2008, in which it requested further briefing on Plaintiff's conclusory assertion that federal question is the basis for subject matter jurisdiction. A hearing on the motion was held on September 29, 2008; however, Plaintiff's counsel failed to appear at the hearing. Defendant's counsel argued at the hearing that Plaintiff's claims are purely state claims.

Plaintiff's Complaint violates Federal Rules of Civil

Procedure 8(a) which requires a complaint to contain "a short and plain statement of the grounds for the court's jurisdiction . . . ." Rule 8-204 of the Local Rules of the United States District Court of the Eastern District of California also requires that the complaint "shall state the claimed statutory or other basis of federal jurisdiction and . . . shall state the facts supporting such jurisdictional claim . . . ."

Plaintiff responded to the September 11 Order with a filing in which he argues federal question jurisdiction is based on his federal constitutional right to privacy articulated in *Griswold v. Connecticut*, 381 U.S. 479 (1965), and its progeny. Plaintiff also responded with his declaration in which he explains the factual basis of his asserted federal constitutional right to privacy claim; specifically, Plaintiff avers Defendant "has invaded [Plaintiff's] privacy rights on dozens of occasions," by calling Plaintiff's creditors, revealing private information about Plaintiff, threatening Plaintiff with great bodily harm, trying to impersonate Plaintiff, and entering Plaintiff's property without authorization for the purpose of harassing Plaintiff.

Since it is evident that Plaintiff's asserted privacy claim is not recognized under federal law, this action is dismissed for lack of subject matter jurisdiction.

Dated: September 29, 2008

GARLAND E. BURRELL, JR.
United States District Judge